**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | 11 CV 968 |
| | ) | |
| v. | ) | |
| | ) | Honorable William T. Hart |
| LA ROCHE-POSAY, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REPORT
REGARDING *CY PRES* DISTRIBUTIONS**

Plaintiff, Glen Ellyn Pharmacy, Inc., respectfully submits the following Report Regarding Cy Pres Distributions.

1.     As stated in Plaintiff's Memorandum of Accounting of Class Action Settlement [Docket No. 43], seven (7) class members failed to deposit their class member payments in advance of the void date, leaving $3,500.00 in undistributed funds resulting from uncashed class member checks. The $3,500.00 remaining as a result of uncashed checks in addition to the $332,000.00 which remained in the Settlement Fund as a result of undistributed funds totaled $335,500.00, which remained in the Settlement Fund for distribution as a *cy pres* award to the organization(s) selected by the Court.

2.     Per the Court's Memorandum Opinion and Order of February 23, 2012 [Docket No. 47], Class Counsel was to directed to distribute the *cy pres* funds to the parties referenced therein, in the amounts designated, within seven days after the Order became final.

1

3.      In accordance therewith, on April 2, 2012, Class Counsel issued payments to the *cy pres* recipients named in the Court's Memorandum Opinion and Order in the amounts referenced therein. (*See* Exhibit A*, Declaration of Catherine Latturner*)

4.      On April 2, 2012, Class Counsel caused the delivery of the *cy pres* funds to the appropriate parties via either hand delivery or UPS overnight delivery. (*See* Exhibit B*, Declaration of Monica Wunderlich*)

5.      In conclusion, the distribution of the *cy pres* funds has been completed in accordance with the Court's Order.

Respectfully submitted,

s/ Dulijaza Clark
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I, Dulijaza Clark, certify that on April 9, 2012, I had a true and accurate copy of the foregoing document sent via Court's CM/ECF system to the parties listed below:

**Issac J. Colunga**
issac.colunga@icemiller.com

**Thomas J. Hayes**
thomas.hayes@icemiller.com

**Bart Thomas Murphy**
bart.murphy@icemiller.com

s/ Dulijaza Clark
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
 (312) 739-4200
(312) 419-0379 (FAX)